THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MURPHY, Appellant, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Respondent.

Argued April 13, 1950; decided May 18, 1950.

*Thomas A. Robinson* and *Joseph Murphy,* in person, for Joseph Murphy, appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman N. Harcourt, Wendell P. Brown* and *Raymond B. Madden* of counsel); *Frank S. Hogan, District Attorney (Charles W. Manning* and *Whitman Knapp* of counsel), for respondent.

*Per Curiam.* In affirming appellant's conviction in *People* v. *Murphy* (276 N. Y. 612), we found, upon the record before us, that there was sufficient evidence to support the conviction apart from the presumption provided in subdivision 1-a of section 1897 of the Penal Law, and that it was therefore unnecessary for us to pass upon the constitutionality of the statute. Accordingly, the order appealed from should be affirmed.

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ., concur; FULD, J., taking no part.

Order affirmed.